

# NUMBER 13-22-00559-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE ALEJANDRA SUAREZ

## On Petition for Writ of Mandamus.

# ORDER

## Before Chief Justice Contreras and Justices Benavides and Tijerina
## Order Per Curiam

Relator Alejandra Suarez has filed a petition for writ of mandamus seeking to compel the trial court to vacate temporary orders which have the effect of changing the conservatorship for a minor child. In her petition, she requests a "temporary stay in the proceedings" below "to permit this Court's [r]esolution of these issues."

This Court, having examined and fully considered relator's request for a temporary stay, is of the opinion that it should be denied at this time. Accordingly, we deny relator's request for a temporary stay. We request the real party in interest, Francisco Trevino, or

any others whose interest would be directly affected by the relief sought, to file a response to the petition for writ of mandamus on or before the expiration of ten (10) days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
30th day of November, 2022.